# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CAROL S. BARRETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-04-226-CH |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT FOR AWARD OF ATTORNEY FEES

In accordance with the Memorandum Opinion and Order entered this same date, judgment is entered in favor of Plaintiff Carol S. Barrett and against Defendant Jo Anne B. Barnhart, Commissioner of Social Security Administration, in the amount of $3,215.93 as an award of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

ENTERED this 17th day of May, 2005.

_____
VALERIE K. COUCH
UNITED STATES MAGISTRATE JUDGE